UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:   MORRIS DAVIS, JR.                          CASE NO. 18-11251
         PATRICIA W. DAVIS
         DEBTORS                                    CHAPTER 13

**ORDER**

Considering the motion for relief from stay of BSI Financial Services, as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CABANA SERIES III TRUST (P-33), the lack of opposition thereto, and applicable law;

IT IS ORDERED that the automatic stay is LIFTED in favor of BSI Financial Services, as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CABANA SERIES III TRUST, insofar as the following property is affected thereby:

One certain lot or parcel of ground together with all the buildings and improvements situated thereon, located in **East Baton Rouge** Parish, Louisiana, in that subdivision known as **Forest Oaks, Seventh Filing, Part One**, and being designated according to the official map of said subdivision on file and of record with the Clerk and Recorder for East Baton Rouge Parish as Orig. 93 of Bundle 3312, as **Lot 360**, said lot having such measurements and dimensions as are shown on the official map of said subdivision, subject to such servitude and restrictions as are shown on said map or are of record, and having a municipal address of **2133 North Little John, Baton Rouge, LA  70815.**

Municipal Address:  2133 North Little John Drive, Baton Rouge, Louisiana 70815.

Baton Rouge, Louisiana, June 24, 2020.

<u>s/ Douglas D. Dodd</u>
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE